UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK ANTHONY CORREA-BROWN, | Case No. 15-CV-03695-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| PATRICK GAVIN, et al., | |
| Defendants. | |

Appearing for Plaintiff: Adam Carlson
Specially Appearing for Defendants Gavin, Lee, Paresa, Sims, Jeffrey, and Santa Clara County: Michael Serverian
Appearing for Defendants Pham, Ketebe, and Allied Barton Security Services: Laurie Book

    An initial case management conference was held on January 27, 2016. A further case management conference is set for April 27, 2016 at 2:00 p.m. The parties shall file their joint case management statement by April 20, 2016.

    Laurie Book shall file a notice of appearance on ECF by January 28, 2016.

    The parties shall file a joint settlement status report by March 7, 2016.

    The discovery limits of the Federal Rules of Civil Procedure shall apply in this case.

    The Court set the following case schedule:

1

Case No. 15-CV-03695-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | April 1, 2016 |
| Further Case Management Conference | April 27, 2016 at 2:00 p.m. |
| Close of Fact Discovery | September 23, 2016 |
| Opening Expert Reports | September 29, 2016 |
| Rebuttal Expert Reports | October 13, 2016 |
| Close of Expert Discovery | November 4, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | Opening Briefs: November 18, 2016<br>Opposition Briefs: December 9, 2016<br>Reply Briefs: December 23, 2016 |
| Hearing on Dispositive Motions | January 12, 2017 at 1:30 p.m. |
| Final Pretrial Conference | March 9, 2017 at 1:30 p.m. |
| Jury/Bench Trial | March 20, 2017 at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated: January 28, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-03695-LHK
CASE MANAGEMENT ORDER