UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK ANTHONY CORREA-BROWN | Case No. 5:15-cv-03695-LHK   (ADR) |
|---|---|
| Plaintiffs, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | Date: February 29, 2016 |
| GAVIN ET AL, | Mediator: Carol Woodward |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse defendants Carl Sims, Jason Jeffrey, Michael F. Paresa, Jr., Bryan Lee, and Patrick Gavin from appearing in person at the February 29, 2016, mediation before Carol Woodward is GRANTED.  The representatives will also not be required to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: February 23, 2016

Maria-Elena James
United States Magistrate Judge